UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIMBRA LEVINGSTON,<br><br>  Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Civil No. 3:20-CV-06192<br><br><br><br>ORDER |

Based on Defendant's Motion, it is hereby ORDERED that the Answer due date shall be amended as follows:

Defendant shall have up to and including April 9, 2021, to file a response to Plaintiff's Complaint, including the certified administrative record. If the certified administrative record becomes available to the Office of the General Counsel before the aforementioned date, the record may be filed earlier, if feasible.

If the Commissioner is unable to file the certified administrative record by that date, the Commissioner shall file another motion for extension every 30 days until the certified administrative record becomes available.

Page 1     ORDER - [3:20-CV-06192]

DATED this 8th day of February, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ L. Jamala Edwards
L. JAMALA EDWARDS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2732
Fax: (206) 615-2531
jamala.edwards@ssa.gov